w: PLAINTIFF

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE Federal DISTRICT OF HAWAII

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

**FEB 01 2023**

at 12 o'clock and 20 min. P M
John A. Mannle, Clerk  w

Carmela Lynn Jackson
Zoie Jewel Jackson
Robert Cody Kieffer II

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint for a Civil Case

Case No. **CV 23   00062 JAO KJM**
(to be filled in by the Clerk's Office)

Jury Trial:   ☑ Yes   ☐ No
(check one)

-against-

Katrina Appling
Omega Mostyn
Heather Brouch-Kieffer

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

(See Attached 1)

Attached 1

Defendant(s) 4.) Dr. Farlene Hall

5.) Nicki Minaj

6.) Justin Bieber

7.) American Security

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Carmela Lynn Jackson
   Street Address: 3600 Adele
   City and County: Honolulu, Honolulu
   State and Zip Code: Hawaii, 96820
   Telephone Number: (808) 201-7830
   E-mail Address: Ceeloove@yahoo.com, Carmelaj781@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Katrina Appling
   Job or Title (if known): (crack addict, pedophile, molester, rapiest, thief, lier)
   Street Address: 9600 Hartwell
   City and County: Detroit, Wayne
   State and Zip Code: Michigan, 48227
   Telephone Number: (313) 934-2020
   E-mail Address (if known):

   Defendant No. 2
   Name: Omega Mostyn
   Job or Title (if known): (Crack addict/homosexual pedophile/lieing thief)
   Street Address: 3011 E Grand Blvd.
   City and County: Detroit, Wayne

2

| | |
|---|---|
| State and Zip Code | Michigan, 48202 |
| Telephone Number | (313) 576-0100 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Heather Broach-Kieffer (d+1976? 10-23-76) |
| Job or Title (if known) | (Crack addict/homosexual/pedophile/Incestuous fat thief) (Pensacola Florida) |
| Street Address | 20735 Crentner St |
| City and County | Warren, Wayne |
| State and Zip Code | Michigan 48089 |
| Telephone Number | (586) 427-4874, (810) 427-4874 |
| E-mail Address (if known) | (586) 764-0955 3674 Dallas Ave Warren Mi. 48091 (855) 723-2747 radaris |

Defendant No. 4

| | |
|---|---|
| Name | Dr. Farlene Hall |
| Job or Title (if known) | (Director of Middle Math for DPS//) |
| Street Address | 3011 E Grand Blvd. |
| City and County | Detroit, Wayne |
| State and Zip Code | Michigan, 48202 |
| Telephone Number | (313) 576-0100 |
| E-mail Address (if known) | |

(See Attached 2)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, (name) Carmela Lynn Jackson is a citizen of the State of (name) Michigan.

   b. If the plaintiff is a ~~corporation~~ Sole Proprietorship

      The plaintiff, (name) Carmela Lynn Jackson ~~is incorporated~~ under the laws of the State of (name) Michigan, and has its principal place of business in the State of (name) Michigan. The Learning RU PreK-12 online Public Education

      *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, (name) Katrina Appling, is a citizen of the State of (name) Michigan. Or is a citizen of (foreign nation) Unknown.

4

<u>Attached C</u>

Defendant No. 5   Nick Minaj
(crackaddict, homosexual, pedophile, incestuous, thief, lier)
UC 1100 Glendon Avenue Suite 2100
Los Angeles, Los Angeles
California, 90024
1-834-7037-XXX
Barbie (@nickiminaj)

Defendant No. 6   Justin Bieber
(crackaddict, stinky, dirty, lil homosexual, pedophile, incestuous, thief, lier, and a Michigan State Bridge Card Holder!)
1710 Tropical Ave.
Los Angeles, Los Angeles
California, 90210
(310) 388-7332

Attached 2

Defendant No. 7 American Guard Services
American Security, crack addicts,
homosexual, stalkers, bit switchers
1125 W 190th St.
Los Angeles, los Angeles
California, 90248

(800) 662-7372
info@americanguardservices.com

b. If the defendant is a corporation **None.**

The defendant, (name) ~~[scribbled out]~~, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*: Acting as an American Terrorist Group, all of these individuals were essential in switching Bit frequencies / medical records / social securities history / children info and more

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

These People Are Diseased Mentals They lied to Substain a lying Ass lifestyle, while they Murdered my Children and I. Earlene, Omega, and Katrina illegally selected Justin, and Nicki ands covered them in DPS. Heather Murders Children!

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Can you give my children and I Back our Virginity! My Son/Daughter Was Raped You Sick People!*

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-1, 2023

Signature of Plaintiff  *Carmela Lynn Jackson*
Printed Name of Plaintiff  Carmela Lynn Jackson

B. **For Attorneys**

Date of signing: _____, 20__.

6

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |