AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CARMELA LYNN JACKSON, et al., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | Case: CV 23-00062 JAO-KJM |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| | March 10, 2023 |
| KATRINA APPLING, et al., | At 9 o'clock and 52 min a.m. PAM HARTMAN BEYER, CLERK |
| Defendants. | |

[ ]　**Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]　**Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

　　　　On March 10, 2023, the Court issued its ORDER DISMISSING ACTION, ECF NO. 7, (March 10, 2023 Order).

　　　　IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED, pursuant to and in accordance with the March 10, 2023 Order.

| | |
|---|---|
| March 10, 2023 | PAM HARTMAN BEYER |
| Date | Clerk |
| | /S/ PAM HARTMAN BEYER by JI |
| | (By) Deputy Clerk |